In the Matter of GERARD GOZALOFF, Petitioner, v PETER COSGROVE et al., Respondents. [644 NYS2d 991]

The Hearing Officer's findings of guilt as to the two specifica-

tions at issue are supported by substantial evidence (*see,* CPLR 7803 [4]; *see also, Matter of Boyd v Constantine,* 81 NY2d 189, 196, quoting *300 Gramatan Ave. Assocs. v State Div. of Human Rights,* 45 NY2d 176, 180). Moreover, the penalty imposed by the respondents is not " ' "so disproportionate to the offense[s], in light of all the circumstances, as to be shocking to one's sense of fairness" ' " (*Matter of Pell v Board of Educ.,* 34 NY2d 222, 233, quoting *Matter of McDermott v Murphy,* 15 AD2d 479, *affd* 12 NY2d 780).

The petitioner's remaining contention is without merit. Miller, J. P., Pizzuto, Santucci and Hart, JJ., concur.